Before the Second Division, May 29, 1940

No. 43803.—Protests 681178–G, etc., of B. N. Supta et al. (New York).

Opinion by Kincheloe, J. It appeared that the cocoa fiber pile mats in question are similar to those the subject of *United States* v. *Penn* (27 C. C. P. A.

242, C. A. D. 93). The claim at 90 percent under paragraph 1529 was therefore sustained.